# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

150894

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

GORDON JOSEPH BREDOW and SUZANNE
BREDOW,
     Plaintiffs-Appellants,

v

SC: 150894
COA: 315219
Kent CC: 11-011291-NO

LAND & CO., PRD CONSTRUCTION, INC.,
d/b/a LAND SERVICE AND SUPPLY,
WYOMING INDUSTRIAL CENTER, LLC, and
WYOMING INDUSTRIAL CENTER II, LLC,
     Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the October 30, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion discussing plaintiff Gordon Bredow's status as an invitee or a licensee. We nevertheless AFFIRM the result reached by the Court of Appeals because we conclude that, assuming arguendo that the plaintiff remained an invitee throughout his time on the property, the danger was open and obvious and contained no special aspects excepting it from the open and obvious doctrine. See *Hoffner v Lanctoe*, 492 Mich 450, 473 (2012).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



t0930

Clerk